FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 JUN 27 AM 8:30

CLERK _____
SO DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INFORMATION NO. |
| | ) |
| v. | ) Count 1: 42 U.S.C. § 1320a-7b(a)(2) |
| | ) |
| PAULA PADGETT | ) False Statement: Federal Health |
| | ) Care Programs |

THE UNITED STATES ATTORNEY CHARGES:   CR 218-034

## COUNT 1

Beginning in and continuing from 2013 through 2017, in the Southern District of Georgia, the defendant, **PAULA PADGETT**, a person who did not personally furnish the federal health care program services in question, did knowingly and willfully make false statement or representation of a material fact for use in determining rights to federal health care benefits and payments. To wit, **PADGETT** prepared and submitted certain "Medical Travel Refund Request" forms when, in truth and fact, as Defendant **PADGETT** well knew, certain expenses claimed on the forms had not been incurred and, therefore, were not eligible for reimbursement.

All in violation of 42 U.S.C. § 1320a-7b(a)(2).

_____
Bobby L. Christine
United States Attorney

_____
J. Thomas Clarkson
Assistant United States Attorney
*Lead Counsel*

_____
Brian T. Rafferty
Assistant United States Attorney
Chief, Criminal Division